UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MICHELLE HABBERFIELD,

       Plaintiff,

 -against-                 3:14-cv-1422 (LEK/CFH)

CAROLYN W. COLVIN,
Commissioner of Social Security,

       Defendant.

## ORDER

**I. INTRODUCTION**

This matter comes before the Court following a Report-Recommendation filed on February 1, 2016, by the Honorable Christian F. Hummel, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3. Dkt. No. 14 ("Report-Recommendation").

Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific written objections to the proposed findings and recommendations." FED. R. CIV. P. 72(b); L.R. 72.1(c). If no objections are made, or if an objection is general, conclusory, perfunctory, or a mere reiteration of an argument made to the magistrate judge, a district court must review that aspect of a report-recommendation only for clear error. Barnes v. Prack, No. 11-CV-0857, 2013 WL 1121353, at *1 (N.D.N.Y. Mar. 18, 2013); Farid v. Bouey, 554 F. Supp. 2d 301, 306-07 & n.2 (N.D.N.Y. 2008); see also Machicote v. Ercole, No. 06 Civ. 13320, 2011 WL 3809920, at *2 (S.D.N.Y. Aug. 25, 2011) ("[E]ven a pro se party's objections to a Report and Recommendation must be specific and clearly aimed at particular findings in the magistrate's proposal, such that no party be allowed a second bite at the apple by

simply relitigating a prior argument."). "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).

No objections were filed in the allotted time period. See Docket. Accordingly, the Court has reviewed the Report-Recommendation for clear error and has found none.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 14) is **APPROVED and ADOPTED in its entirety**; and it is further

**ORDERED**, that Defendant's Motion (Dkt. No. 13) for judgment on the pleadings is **DENIED**; and it is further

**ORDERED**, that Plaintiff's Motion (Dkt. No. 12) for judgment on the pleadings is **GRANTED**; and it is further

**ORDERED**, that Defendant's decision denying disability benefits to Plaintiff be **REMANDED** pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the Report-Recommendation; and it is further

**ORDERED**, that the Clerk of the Court serve copies of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

DATED: February 24, 2016
            Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge